**Order entered January 22, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01083-CV

### IN THE INTEREST OF D.N.P. AND A.E.P., CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50742-2012**

## ORDER

Before the Court is appellee's January 10, 2020 motion to substitute counsel. We **DENY** the motion without prejudice to refiling a motion that complies with Texas Rule of Appellate Procedure 6.5(d). *See* Tex. R. App. P. 6.5(d).

/s/     ERIN A. NOWELL
           JUSTICE